ORIGINAL  SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

2021 FEB -2 PM 4:46

DEPUTY CLERK_____

UNITED STATES OF AMERICA

v.

JORDAN ANTONIO PACHECO (1)
THUY MAI (2)
JOHN NICHOLAS CHEATHAM (3)
RYAN CHRISTOPHER MORGAN (4)
JOSE ANGELO YLLANA (5)

Case No. **3-21CR0048-X**

**FILED UNDER SEAL**

# INDICTMENT

The Grand Jury charges:

## Count One
### Conspiracy to Commit Bank Fraud
(Violation of 18 U.S.C. § 1349 (18 U.S.C. § 1344(2)))

### The Conspiracy and its Objects

Beginning in or around October 2019 and continuing through June 2020, in the

Dallas Division of the Northern District of Texas and elsewhere, the defendants:

**Jordan Antonio Pacheco**
**Thuy Mai**
**John Nicholas Cheatham**
**Ryan Christopher Morgan**
**Jose Angelo Yllana**

did knowingly combine, conspire, confederate and agree together, with each other, and

with persons known and unknown to the Grand Jury, to execute a scheme or artifice to

obtain money from financial institutions by means of materially false or fraudulent

pretenses and representations.

Object of the Conspiracy

It was the object of the conspirators to obtain funds unlawfully by altering checks and other financial instruments which had been stolen from the United States Mail and cashing them at various financial institutions.

Manner and Means of the Conspiracy

In order to accomplish the purpose of the conspiracy, the defendants and their coconspirators engaged in the following manner and means:

1. The conspirators, including **Thuy Mai**, would steal items from the United States Mail, including checks, money orders, correspondence containing personal information, and other items.

2. The conspirators, including **Thuy Mai,** would alter the payee of negotiable instruments such as checks or money orders, making them payable to either the coconspirator in their true name, or to a pseudonym.

3. The conspirators, including **Jordan Antonio Pacheco, Thuy Mai, John Nicholas Cheatham, Ryan Christopher Morgan,** and **Jose Angelo Yllana**, would pass the altered checks or money orders at financial institutions including Comerica Bank, Texas Brand Bank, J.P. Morgan Chase Bank, BBVA Compass Bank, and AccessBank of Texas.

4. The conspirators would cash the checks at an ATM when possible, or enter the bank and present the check for payment using a fraudulent identification card in the name of the payee to whom the check had been altered.

5. After cashing the altered checks, the conspirators would split the proceeds between themselves.

In violation of 18 U.S.C. § 1349 (18 U.S.C. § 1344(2)).

## Count Two
## Bank Fraud
### (Violation of 18 U.S.C. § 1344(2))

On or about October 16, 2019, in the Dallas Division of the Northern District of Texas, the defendant, **Jordan Antonio Pacheco**, did knowingly execute and attempt to execute a scheme and artifice to obtain money, funds, credits, assets or other property under the custody and control of a financial institution, namely, Texas Brand Bank, by means of materially false and fraudulent pretenses, representations, and promises, namely, by depositing a fraudulently altered check drawn on the corporate account of R.E. Services in the amount of $403.72.

In violation of 18 U.S.C. § 1344(2).

Count Three
Bank Fraud
(Violation of 18 U.S.C. § 1344(2))

On or about December 5, 2019, in the Dallas Division of the Northern District of

Texas, the defendant, **Thuy Mai**, did knowingly execute and attempt to execute a scheme

and artifice to obtain money, funds, credits, assets or other property under the custody and

control of a financial institution, namely, Comerica Bank, by means of materially false and

fraudulent pretenses, representations, and promises, namely, by depositing a fraudulently

altered check drawn on the account of A.L.M. in the amount of $1,900.

In violation of 18 U.S.C. § 1344(2).

<u>Count Four</u>
Bank Fraud
(Violation of 18 U.S.C. § 1344(2))

On or about February 27, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **John Nicholas Cheatham**, did knowingly execute and attempt to execute a scheme and artifice to obtain money, funds, credits, assets or other property under the custody and control of financial institutions, namely, AccessBank of Texas, by means of materially false and fraudulent pretenses, representations, and promises, namely, by depositing a fraudulently altered check drawn on the personal account of C.B. in the amount of $1,530.00.

In violation of 18 U.S.C. § 1344(2).

<u>Count Five</u>
Bank Fraud
(Violation of 18 U.S.C. § 1344(2))

On or about February 26, 2020, in the Dallas Division of the Northern District of

Texas, the defendant, **Ryan Christopher Morgan**, did knowingly execute and attempt to

execute a scheme and artifice to obtain money, funds, credits, assets or other property under

the custody and control of financial institutions, namely, AccessBank of Texas, by means

of materially false and fraudulent pretenses, representations, and promises, namely, by

depositing a fraudulently altered check drawn on the personal account of C.B. in the

amount of $1,800.00.

In violation of 18 U.S.C. § 1344(2).

Count Six
Bank Fraud
(Violation of 18 U.S.C. § 1344(2))

On or about February 27, 2020, in the Dallas Division of the Northern District of

Texas, the defendant, **Jose Angelo Yllana**, did knowingly execute and attempt to execute

a scheme and artifice to obtain money, funds, credits, assets or other property under the

custody and control of financial institutions, namely, AccessBank of Texas, by means of

materially false and fraudulent pretenses, representations, and promises, namely, by

depositing a fraudulently altered check drawn on the personal account of C.B. in the

amount of $2,201.80.

In violation of 18 U.S.C. § 1344(2).

## Count Seven
### Possession of Stolen United States Mail
### (Violation of 18 U.S.C. § 1708)

On or about October 16, 2019, in the Dallas Division of the Northern District of Texas, the defendant, **Jordan Antonio Pacheco**, did unlawfully have in his possession a check drawn on the corporate account of R.E. Services in the amount of $403.72, which had been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, knowing the same to have been stolen, taken, embezzled and abstracted from the U.S. Mail.

In violation of Title 18 U.S.C. § 1708.

<u>Count Eight</u>
Possession of Stolen United States Mail
(Violation of 18 U.S.C. § 1708)

On or about December 5, 2019, in the Dallas Division of the Northern District of

Texas, the defendant, **Thuy Mai**, did unlawfully have in her possession a check drawn on

the account of A.L.M. in the amount of $1,900, which had been stolen, taken, embezzled

and abstracted from an authorized depository for mail matter, knowing the same to have

been stolen, taken, embezzled and abstracted from the U.S. Mail.

In violation of Title 18 U.S.C. § 1708.

## Count Nine
### Possession of Stolen United States Mail
(Violation of 18 U.S.C. § 1708)

On or about February 27, 2020, in the Dallas Division of the Northern District of

Texas, the defendant, **John Nicholas Cheatham**, did unlawfully have in his possession a

check drawn on the personal account of C.B. in the amount of $1,530.00, which had been

stolen, taken, embezzled and abstracted from an authorized depository for mail matter,

knowing the same to have been stolen, taken, embezzled and abstracted from the U.S.

Mail.

In violation of Title 18 U.S.C. § 1708.

## Count Ten
### Possession of Stolen United States Mail
### (Violation of 18 U.S.C. § 1708)

On or about February 26, 2020, in the Dallas Division of the Northern District of Texas, the defendant, **Ryan Christopher Morgan**, did unlawfully have in his possession a check drawn on the personal account of C.B. in the amount of $1,800.00, which had been stolen, taken, embezzled and abstracted from an authorized depository for mail matter, knowing the same to have been stolen, taken, embezzled and abstracted from the U.S. Mail.

In violation of Title 18 U.S.C. § 1708.

Count Eleven
Possession of Stolen United States Mail
(Violation of 18 U.S.C. § 1708)

On or about February 27, 2020, in the Dallas Division of the Northern District of

Texas, the defendant, **Jose Angelo Yllana**, did unlawfully have in his possession a check

drawn on the personal account of C.B. in the amount of $2,201.80, which had been

stolen, taken, embezzled and abstracted from an authorized depository for mail matter,

knowing the same to have been stolen, taken, embezzled and abstracted from the U.S.

Mail.

In violation of Title 18 U.S.C. § 1708.

Forfeiture Notice
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A))

Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(A), and 28 U.S.C. § 2461(c), upon conviction of the offense alleged in Counts One through Eleven of the indictment, the defendants

**Jordan Antonio Pacheco**
**Thuy Mai**
**John Nicholas Cheatham**
**Ryan Christopher Morgan**
**Jose Angelo Yllana**

shall forfeit to the United States any facilitating property, including devices or equipment used to commit the offense, as well as any property, real or personal, which constitutes or is derived from proceeds traceable to the respective offense, whether directly or indirectly, including the total proceeds derived from the offense (commonly referred to as a "money judgment").

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), if any of the above property subject to forfeiture, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States of America to seek forfeiture of any other property of the defendant up to the value of the above described property subject to forfeiture.

A TRUE BILL

FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

NICOLE DANA
Assistant United States Attorney
Texas Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8694
Facsimile: (214) 659-8800
Email: nicole.dana@usdoj.gov

**Indictment—Page 15 of 15**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JORDAN ANTONIO PACHECO (1)
THUY MAI (2)
JOHN NICHOLAS CHEATHAM (3)
RYAN CHRISTOPHER MORGAN (4)
JOSE ANGELO YLLANA (5)

SEALED INDICTMENT

18 U.S.C. § 1349 (18 U.S.C. § 1344(2))
Conspiracy to Commit Bank Fraud
(Count 1)

18 U.S.C. § 1344(2)
Bank Fraud
(Counts 2, 3, 4, 5, and 6)

18 U.S.C. § 1708
Possession of Stolen United States Mail
(Counts 7, 8, 9, 10, and 11)

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A)
Forfeiture Notice

11 Counts

A true bill rendered

---

DALLAS                                                              FOREPERSON

Filed in open court this ___ day of February, 2021.

---

**Warrant to be Issued for all Defendants**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending