UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HONORABLE: Renee Harris Toliver
DEPUTY CLERK: M. Wright
LAW CLERK: _____
INTERPRETER: ___NA_____

PRESIDING: _____
COURT REPORTER/TAPE NUMBER: Shaunie Archuletta
USPO: __Wayne Poton_____
Date: April 23, 2021

Cr.No. 3:21-cr-00048-X *SEALED*

UNITED STATES OF AMERICA

v.

JOHN NICHOLAS CHEATHAM (3)

§
§  _Marcus Busch_____, AUSA
§
§  _Clint Broden_____
§  COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: ___1___

Trial Status:  ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered
☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial: _____

Hearing Concluded:  ☑ Yes   ☐ No

FILED
APR 23 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

☐ Defendant SWORN.

☑ Arraignment   ☐ Rearraignment – Held on Count(s) __1, 4, 9__
   of the _____ count(s)   ☐ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint
☐ Sentencing Guidelines                                                          ☐ Superseding Information
☑ Deft enters a pleas of     ☑ Not Guilty   ☐ Guilty   ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted        ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set   Date: _____   Time: _____
☐ Trial set for   Date: _____   Time: _____
   Pretrial motions due: _____   Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____
☐ Deft Bond   ☐ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐10%   ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond   ☐ continued   ☐ forfeited
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____