IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN NICHOLAS CHEATHAM (3) | NO. 3-21-CR-0048-X<br><br>**FILED UNDER SEAL** |

## FACTUAL RESUME

In support of John Nicholas Cheatham's plea of guilty to the offense in Count Nine of the indictment, Cheatham, the defendant, F. Clinton Broden, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Nine of the indictment, charging a violation of 18 U.S.C. § 1708, that is, Possession of Stolen Mail, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the check described in the indictment had been stolen from a post office, letter box, mail receptacle, or authorized depository for mail matter, as charged in the indictment;

*Second.* That the defendant knew the item was stolen; and

*Third.* That the defendant possessed the check described in the indictment and intended to do so unlawfully.

---

[1] Fifth Circuit Pattern Jury Instruction 2.70B (5th Cir. 2019).

**Factual Resume—Page 1**

## STIPULATED FACTS

1. John Nicholas Cheatham admits and agrees that starting in or about January 2020, and continuing through March 2020, within the Northern District of Texas, Dallas Division, and elsewhere, Cheatham, aided and abetted by others known and unknown to the United States Attorney, did knowingly and willfully, unlawfully possess checks which had been stolen from authorized depositories for mail matter, knowing the same to have been stolen, in violation of 18 U.S.C. § 1708.

2. Cheatham admits that he met Thuy Mai, who organized the scheme charged in this case, in or before January 2020. Cheatham admits that Mai would steal mail, including personal and/or business checks issued to various individuals and/or entities, from U.S. Postal blue collection boxes. Cheatham admits that Mai would then provide the stolen checks to Cheatham for the purpose of cashing the checks at various financial institutions. Once he cashed a check, Cheatham admits that he would generally keep a portion of the cash received, giving the rest to Mai. In order to evade detection by the financial institutions, Cheatham admits that Mai would alter details in the checks, including changing the payee name on the check either to Cheatham's name or to a fraudulent identity. Cheatham further admits that Mai provided him with fake identification in order to assist him in cashing the checks and evading detection.

3. Cheatham admits that one such transaction took place on February 27, 2020, when he cashed a stolen check in the amount of $1,530.00 drawn on C.B.'s AccessBank account without C.B.'s consent or permission. Cheatham admits that the

payee on the check was "Bryan Stapp," and that he had did not have authorization to possess the check. Cheatham admits that Mai provided him with the check after stealing it from a U.S. Postal blue collection box. Cheatham admits that he cashed the check at a drive-up AccessBank ATM located at 5644 Lyndon B. Johnson Freeway, Dallas, Texas. Cheatham admits that he kept a portion of the proceeds and gave the remainder of the proceeds to Mai.

4.  Cheatham further admits that he unlawfully cashed checks stolen by Mai from authorized depositories for mail matter on the following dates:

| Account Holder | Check # | Amount | Location | Date Cashed |
| --- | --- | --- | --- | --- |
| A.C | 4840 | $1,032.20 | Comerica Bank 10601 Forest Lane Dallas, TX | 01/02/2020 |
| A.C. | 4841 | $1,808.87 | Comerica Bank 10601 Forest Lane Dallas, TX | 01/02/2020 |
| E.G | 1051 | $1,960.03 | Comerica Bank 10601 Forest Lane Dallas, TX | 01/03/2020 |
| D.C. | 14293 | $3,827.05 | Comerica Bank 5302 Greenville Ave. Dallas, TX | 01/10/2020 |
| D.C. | 14320 | $1,885.93 | Comerica Bank 10601 Forest Lane Dallas, TX | 01/10/2020 |
| B.S. | 2240 | $1,387.78 | AccessBank 5644 LBJ Freeway Dallas, TX | 02/24/2020 |

5.  The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose

of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Nine of the indictment.

AGREED TO AND STIPULATED on this 3 day of August, 2021.

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

JOHN NICHOLAS CHEATHAM
Defendant

NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
JOSHUA DETZKY
Assistant United States Attorney
New Jersey Bar No. 037172011
1100 Commerce Street, Third Floor
Dallas, TX 75242
Tel: 214-659-8600

F. CLINTON BRODEN
Attorney for Defendant

Email: nicole.dana@usdoj.gov
Email: joshua.detzky@usdoj.gov