UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

HONORABLE: RENEE HARRIS TOLIVER   PRESIDING
DEPUTY CLERK: M. Wright   COURT REPORTER/TAPE NUMBER: FTR/1306
LAW CLERK:   USPO: Levey
INTERPRETER: NA   Date: 12/8/2021

**FILED**
**December 8, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Cr. No. 3:21-cr-00048-X   DEFT. No. 5

UNITED STATES OF AMERICA
V.
Joshua Detzky, AUSA

Jose Angelo Yllana
Defendant's Name

Patricia Garza Burruss
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1 Minute

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [ ] None

Days in Trial:
Hearing Concluded: [■] Yes   [ ] No

- [ ] Defendant SWORN.
- [■] Arraignment   [ ] Rearraignment - Held on count(s) 1, 6, 11
  of the _____ count(s) [ ] Indictment  [ ] Information  [ ] Superseding Indictment  [ ] Complaint  [ ] Superseding Information
- [ ] Sentencing Guidelines
- [■] Deft enters a plea of   [■] Not Guilty   [ ] Guilty   [ ] Nolo
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [ ] Plea Agreement accepted   [ ] Court defers acceptance of Plea Agreement
- [ ] Plea Agreement filed (see agreement for details)   [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [ ] Factual Resume filed.
- [ ] Sentencing set   Date: _____   Time: _____
- [ ] Trial set for   Date: _____   Time: _____
  Pretrial motions due: _____   Discovery motions/Government Responses due: _____
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed. PSI due: _____   Pre-sentence Referral Form to: _____
- [ ] Deft Bond   [ ] Set   [ ] reduced to $ _____   [ ] Cash   [ ] Surety   [ ] 10%   [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond   [ ] continued   [ ] forfeited
- [■] Deft Custody/Detention continued.
- [■] Deft REMANDED to custody.

OTHER PROCEEDINGS: