IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3-21-CR-0048-X |
| RYAN CHRISTOPHER MORGAN (4) | |

## FACTUAL RESUME

In support of Ryan Christopher Morgan's plea of guilty to the offense in Count Ten of the indictment, Morgan, the defendant, Erin Brennan, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Ten of the indictment, charging a violation of 18 U.S.C. § 1708, that is, Possession of Stolen Mail, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the check described in the indictment had been stolen from a post office, letter box, mail receptacle, or authorized depository for mail matter, as charged in the indictment;

*Second.*  That the defendant knew the item was stolen; and

*Third.*   That the defendant possessed the check described in the indictment and intended to do so unlawfully.

## STIPULATED FACTS

1.  Ryan Christopher Morgan admits and agrees that in or around February 2020 and March 2020, within the Northern District of Texas, Dallas Division, and

---

[1] Fifth Circuit Pattern Jury Instruction 2.70B (5th Cir. 2019).

**Factual Resume—Page 1**

elsewhere, Morgan, aided and abetted by others known and unknown to the United States Attorney, did knowingly and willfully, unlawfully possess checks which had been stolen from authorized depositories for mail matter, knowing the same to have been stolen, in violation of 18 U.S.C. § 1708.

2. Morgan admits that he met Thuy Mai, who organized the scheme charged in this case, in or before February 2020. Morgan admits that Mai would steal mail, including personal and/or business checks issued to various individuals and/or entities, from U.S. Postal blue collection boxes. Morgan admits that Mai would then provide the stolen checks to Morgan for the purpose of cashing the checks at various financial institutions. Once he cashed a check, Morgan admits that he would generally keep a portion of the cash received, giving the rest to Mai. In order to evade detection by the financial institutions, Morgan admits that Mai would alter details in the checks, including changing the payee name on the check either to Morgan's name or to a fraudulent identity. Morgan admits that he also knew Mai created fraudulent checks using financial information stolen from the United States mail.

3. Morgan admits that one such transaction took place on February 26, 2020, when he cashed a stolen check in the amount of $1,800.00 drawn on C.B.'s AccessBank account without C.B.'s consent or permission. Morgan admits that the payee on the check was "Christopher Morgan," and that he had did not have authorization to possess the check. Morgan admits that Mai provided him with the check after stealing it from a U.S. Postal blue collection box and that he cashed the check at a drive-up AccessBank

ATM located at 5644 Lyndon B. Johnson Freeway, Dallas, Texas. Morgan admits that he kept a portion of the proceeds and gave the remainder of the proceeds to Mai.

4. Morgan further admits that he unlawfully cashed checks stolen by Mai from authorized depositories for mail matter on the following dates:

| **Account Holder** | **Check #** | **Amount** | **Location** | **Date Cashed** |
|---|---|---|---|---|
| G.B. | 2329 | $4,105.67 | Comerica Bank 4581 Frankford Road Dallas, Texas | 02/06/2020 |
| B.G. | 5658 | $850.00 | Comerica Bank 5302 Greenville Ave. Dallas, Texas | 02/10/2020 |
| B.G. | 5657 | $1,800.00 | Comerica Bank 1155 Garland Rd Dallas, Texas | 02/11/2020 |
| B.G. | 5666 | $3,500.00 | Comerica Bank 5302 Greenville Ave. Dallas, Texas | 02/11/2020 |
| M.S. | 3160 | $1,544.80 | Comerica Bank 10601 Forest Lane Dallas, TX | 02/14/2020 |
| M.S. | 3177 | $1,387.33 | Comerica Bank 910 E. Campbell Road Richardson, Texas | 02/21/2020 |
| C.B. | 2252 | $1,589.91 | AccessBank 5644 LBJ Freeway Dallas, Texas | 02/28/2020 |
| C.B. | 2251 | $1,871.70 | AccessBank 5644 LBJ Freeway Dallas, Texas | 02/28/2020 |

5. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose

of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Ten of the indictment.

AGREED TO AND STIPULATED on this 22 day of July, 2022.

RYAN CHRISTOPHER MORGAN
Defendant

ERIN BRENNAN
Attorney for Defendant

CHAD E. MEACHAM
UNITED STATES ATTORNEY

NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
JOSHUA DETZKY
Assistant United States Attorney
New Jersey Bar No. 037172011
1100 Commerce Street, Third Floor
Dallas, TX 75242
Tel: 214-659-8600
Email: nicole.dana@usdoj.gov
Email: joshua.detzky@usdoj.gov