IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF TEXAS DALLAS
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-00048-X |
| JORDAN ANTONIO PACHECO | |

### FACTUAL RESUME

In support of Jordan Antonio Pacheco's plea of guilty to the offense in Count Seven of the indictment, Pacheco, the defendant, Katherine Reed, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Seven of the Indictment, charging a violation of 18 U.S.C. § 1708, that is, Possession of Stolen United States Mail, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the item described in the indictment, a check drawn on the corporate account of R.E. Services in the amount of $403.72, had been stolen from the mail;

*Second.* That the defendant knew the item was stolen; and

*Third.* That the defendant possessed the item described in the indictment and intended to do so unlawfully.

## STIPULATED FACTS

1. Jordan Antonio Pacheco admits and agrees that on or about October 16, 2019, within the Northern District of Texas, Dallas Division, and elsewhere, he did unlawfully have in his possession a check drawn on the corporate account of R.E. Services in the amount of $403.72, which had been stolen, taken, embezzled and abstracted from the United States Mail, knowing the same to have been stolen, taken, embezzled and abstracted from the United States Mail, in violation of 18 U.S.C. § 1708.

2. Pacheco admits that, prior to October 16, 2019, the item described in the indictment, a check drawn on the corporate account of R.E. Services in the amount of $403.72, had been stolen, taken, embezzled and abstracted from the United States Mail by a person unknown to the United States Attorney. Pacheco admits that, on or about October 16, 2019, he did knowingly and unlawfully possess this item when he cashed it at a Texas Brand Bank located in Garland, Texas, within the Northern District of Texas. Pacheco admits that he knew the check was stolen from the United States Mail and that he did not have permission to possess or cash the check.

3. Pacheco further admits that, from October 2019 through December 2019, in the Dallas Division of the Northern District of Texas and elsewhere, he knowingly and unlawfully possessed other checks stolen from the United States Mail and cashed or attempted to cash the following checks at the following locations:

Factual Resume – Page 2

| **Account Holder** | **Check #** | **Amount** | **Location** | **Date Cashed** |
|---|---|---|---|---|
| C.J. | #9172 | $3,000 | Chase Bank<br>8111 Preston Road<br>Dallas, Texas | 10/17/2019 |
| S.L. | #21612 | $1,929.55 | Comerica Bank<br>10601 Forest Lane<br>Dallas, Texas | 11/5/2019 |
| G. & D.V. | #16067 | $843.00 | Comerica Bank<br>10601 Forest Lane<br>Dallas, Texas | 11/14/2019 |
| W. &. H.D. | #1525 | $670.25 | Comerica Bank<br>10601 Forest Lane<br>Dallas, Texas | 11/15/2019 |
| C. & B.R. | #7791 | $1,965.30 | Comerica Bank<br>10601 Forest Lane<br>Dallas, Texas | 11/18/2019 |
| G. & A.T. | #40622 | $5,975.04 | Comerica Bank<br>5302 Greenville Ave<br>Dallas, Texas | 11/25/2019 |
| S. & J.A. | #5504 | $1,300.00 | Comerica Bank<br>10601 Forest Lane<br>Dallas, Texas | 11/29/2019 |
| G. & S.W. | #16816 | $1,943.00 | Comerica Bank<br>10601 Forest Lane<br>Dallas, Texas | 12/2/2019 |
| S.H.C. | #10344 | $1,996.00 | Comerica Bank<br>10601 Forest Lane<br>Dallas, Texas | 12/3/2019 |
| E. & B.B. | #10591 | $1,880.10 | Comerica Bank<br>10601 Forest Lane<br>Dallas, Texas | 12/9/2019 |
| J.B. | #74059 | $1,147.50 | BBVA Compass Bank<br>14280 Marsh Lane<br>Addison, Texas | 12/11/2019 |

Pacheco admits that this conduct violates 18 U.S.C. § 1708.

4.   The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete

accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Seven of the indictment.

AGREED TO AND STIPULATED on this 1st day of August, 2022.

_____
JORDAN ANTONIO PACHECO
Defendant

_____
KATHERINE REED
Attorney for Defendant

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
NICOLE DANA
Assistant United States Attorney
Texas Bar No. 24062268
JOSHUA DETZKY
Assistant United States Attorney
New Jersey Bar No. 037172011
1100 Commerce Street, Third
Floor Dallas, TX 75242
Tel: 214-659-8600
Email: nicole.dana@usdoj.gov

Factual Resume – Page 4